## A10A0076. SLAUGHTER v. THE STATE.
(695 SE2d 743)

SMITH, Presiding Judge.

Fredrick Slaughter, pro se, appeals from a trial court's order sentencing him as a recidivist without parole. Slaughter contends the trial court erred by sentencing him as a recidivist based upon at least one of three convictions used by the State to convict him of possession of a firearm by a convicted felon. We agree.

Where the state proves a defendant's prior felony convictions for the purpose of convicting him of being a convicted

---

felon in possession of a firearm, it may not also use those prior convictions in aggravation of punishment. We find unpersuasive the state's argument that the rule only applies when the defendant is sentenced a recidivist under OCGA § 17-10-7 (a).

(Citations, punctuation and footnotes omitted.) *Morrison v. State*, 272 Ga. App. 34, 43 (7) (611 SE2d 720) (2005). We must, therefore, vacate the trial court's order sentencing Slaughter as a recidivist and remand this case to the trial court for resentencing.

*Judgment vacated and case remanded with direction. Mikell and Adams, JJ., concur.*

DECIDED MAY 27, 2010 — 

Fredrick B. Slaughter, *pro se.*

*David McDade, District Attorney, James A. Dooley, Assistant District Attorney*, for appellee.